JOHN W. HUBER, United States Attorney (#7226)
ANDREA T. MARTINEZ, Assistant United States Attorney (#9313)
Attorneys for the United States of America
185 South State Street, Suite 300
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

FILED
U.S. DISTRICT COURT
2016 SEP -7  A 10: 49
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

SEALED

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GEOFFREY JAMES CHENEY,<br><br>Defendant. | INDICTMENT<br><br>VIOS. 18 U.S.C. §§ 2251(a) and (e), PRODUCTION OF CHILD PORNOGRAPHY (Count I); 18 U.S.C. § 2252A(a)(2) and (b), DISTRIBUTION OF CHILD PORNOGRAPHY (Count II); 18 U.S.C. § 2252A(a)(5)(B), POSSESSION OF CHILD PORNOGRAPHY (Count III).<br><br>Case: 1:16-cr-00047<br>Assigned To : Campbell, Tena<br>Assign. Date : 9/7/2016<br>Description: USA v. |

The Grand Jury Charges:

**COUNT I**
18 U.S.C. § 2251(a) and (e)
(Production of Child Pornography)

Beginning on a date unknown and continuing until September 1, 2016, in the

Northern Division of the District of Utah and elsewhere,

GEOFFREY JAMES CHENEY,

defendant herein, did knowingly, employ, use, persuade, induce, entice and coerce a minor, Child A, to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, and the defendant GEOFFREY JAMES CHENEY, knew or had reason to know such visual depictions would be transported across state lines and in foreign commerce, by any means including the internet, and which visual depictions were mailed and transported across state lines and in foreign commerce, by any means including the internet, and such visual depictions were produced using materials that had been mailed, shipped, and transported across state lines and in foreign commerce by any means; and attempted to so; all in violation of 18 U.S.C. §§ 2251(a) and (e).

### COUNT II
18 U.S.C. § 2252A(a)(2) and (b)
(Distribution of Child Pornography)

On or about September 1, 2016, in the Northern Division of the District of Utah and elsewhere,

GEOFFREY JAMES CHENEY,

defendant herein, did knowingly distribute any child pornography, as defined in 18 U.S.C. § 2256(8) that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and attempted to do so; all in violation of 18 U.S.C. § 2252A(a)(2) and (b).

## COUNT III
18 U.S.C. § 2252A(a)(5)(B)
(Possession of Child Pornography)

Beginning on a date unknown and continuing through September 1, 2016, in the Northern Division of the District of Utah and elsewhere,

GEOFFREY JAMES CHENEY,

defendant herein, did knowingly possess any material which contains an image of child pornography, as defined in 18 U.S.C. § 2256(8), that had been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, and which images were produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce, including by computer, and attempted to do so; all in violation of 18 U.S.C. § 2252A(a)(5)(B).

NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

Pursuant to 18 U.S.C. § 2253, upon conviction of a violation of 18 U.S.C. § 2251 or 18 U.S.C. § 2252A, as alleged in Counts I, II, and III of this Indictment, the above-named defendant shall forfeit to the United States, (i) any visual depiction described in 2251, 2251A, or 2252, 2252A, 2252B, or 2260 of this chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of this chapter; (ii) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and (iii) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property. The property to be forfeited includes, but is not limited to, the following:

- Black, LG-D415 smartphone, IMEI 014209007119432
- Red Panasonic/Polaroid Tablet 8GB, Model # P1000K
- Black T mobile phone
- Black T mobile HTC phone
- Black LG phone

If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. §853(p), as incorporated by 18 U.S.C.§2253(b) and 28 U.S.C. §2461(c).

A TRUE BILL:

/S/
_____
FOREPERSON OF THE GRAND JURY

JOHN W. HUBER
United States Attorney

*/s/ Andrea T. Martinez*
_____
ANDREA T. MARTINEZ
Assistant United States Attorney